UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELIA GUZMAN and STACEY GALVEZ, as individuals and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br> v.<br><br>KOHL'S DEPARTMENT STORES, INC.; and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No.: 14-CV-01066-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorney: Larry Lee
Defendant's Attorney: Jason Brown

  An initial case management conference was held on August 14, 2014.  A further case management conference is set for November 19, 2014, at 2 p.m.

  The parties shall file a joint settlement status report by October 3, 2014.

  The parties shall exchange initial disclosures by August 31, 2014.  The parties shall exchange documents to the extent possible.

  The discovery limits in the Federal Rules of Civil Procedure shall govern this case.  Discovery is not bifurcated.

  The Court set the following case schedule:

LAST DAY TO AMEND PLEADINGS OR ADD PARTIES: October 31, 2014

CLASS CERTIFICATION:
  Motion:  April 16, 2015
  Opposition:  May 22, 2015

1

Case No.: 14-CV-01066-LHK
CASE MANAGEMENT ORDER

1  
2      Reply:  June 12, 2015  
    Hearing:  July 9, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: August 14, 2014

_____  
LUCY H. KOH  
United States District Judge

2

Case No.: 14-CV-01066-LHK  
CASE MANAGEMENT ORDER