# UNITED STATES DISTRICT COURT
## Northern District of California
### San Jose Division

| | |
|---|---|
| CELIA GUZMAN, et al., | |
| Plaintiffs, | No. C 14-1066 LHK |
| v. | **ORDER RE: ATTENDANCE AT ENE** |
| KOHL'S DEPARTMENT STORES, INC., et al., | Date: September 18, 2014<br>Evaluator: Kirby Wilcox |
| Defendants. | |

IT IS HEREBY ORDERED that the requests to excuse plaintiff Celia Guzman and defendant Kohl's Department Stores, Inc. ("Kohl's") from appearing in person at the September 18, 2014 ENE before Kirby Wilcox are GRANTED. Ms. Guzman shall appear telephonically and Kohl's shall appear by videoconference for the duration of the ENE session as set forth in ADR L.R. 5-10(f).

IT IS SO ORDERED.

September 9, 2014                              By:  _____
Dated                                                       Maria-Elena James
                                                            United States Magistrate Judge