UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELIA GUZMAN and STACEY GALVEZ, as individuals and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>KOHL'S DEPARTMENT STORES, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 14-CV-01066-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for November 19, 2014, as required pursuant to Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Tuesday, November 18, 2014, at noon.</u>  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated:　　　November 14, 2014

　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 14-CV-01066-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT