UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELIA GUZMAN, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>            Defendant. | Case No.:14-cv-01066-LHK<br><br>**ORDER RE SETTLEMENT STATUS**<br><br>Re: Dkt. No. 51 |

On February 20, 2015, the parties filed a joint case management statement requesting that the Court continue the February 25, 2015 case management conference by 60 days because "[t]he Parties have reached a tentative settlement of their individual claims, and expect to finalize the formal settlement agreements within thirty (30) days." ECF No. 51.

The parties shall file a joint settlement status update by Monday, February 23, 2015, clarifying the status of any settlement agreement as to the proposed class in this case. The case schedule and case management conference remain as set.

1

Case No.: 14-cv-01066-LHK
ORDER RE SETTLEMENT STATUS

1    **IT IS SO ORDERED.**

2    Dated: February 20, 2015

3    _____
     LUCY H. KOH
4    United States District Judge

2

Case No.: 14-cv-01066-LHK
ORDER RE SETTLEMENT STATUS