UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELIA GUZMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br>        Defendant. | Case No.  14-cv-01066-LHK<br><br>**ORDER DENYING REQUEST FOR CONTINUANCE**<br><br>Re: Dkt. No. 57 |

The parties' request to continue the April 15, 2015 case management conference is DENIED.

The April 15, 2015 case management conference is advanced to 1:30 p.m. in Courtroom 8.

**IT IS SO ORDERED.**

Dated: April 8, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.14-cv-01066-LHK
ORDER

1